Jonathan D. Schiller
Hamish P.M. Hume
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Tel:  (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Barclays Capital Inc. and Barclays Bank PLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS INC.,<br><br>Debtor. | SIPA Proceeding<br><br>Case No. 08-01420 (JMP) |
| JAMES W. GIDDENS, as TRUSTEE for the SIPA LIQUIDATION of LEHMAN BROTHERS INC.,<br>Plaintiff,<br>v.<br>BARCLAYS CAPITAL INC. and<br>BARCLAYS BANK PLC,<br>Defendants. | Adversary No. 09-01732 (JMP) |

## NOTICE OF APPEAL

Barclays Capital Inc. ("Barclays Capital) and Barclays Bank PLC ("Barclays Bank") (collectively, "Barclays" or "Appellants"), pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001(a) and 8002(a), hereby appeal to the United States District Court for the Southern District of New York from (i) the Order Resolving Barclays' Motion to the extent it denies portions of the Barclays Motion,[1] (ii) the Order Resolving The Trustee's Motion, to the extent it grants portions of the SIPA Trustee's Motion, (iii) the Order Resolving The Trustee's

---

[1] The terms "Barclays Motion" and "SIPA Trustee's Motion" shall have the meanings ascribed to them in the Court's Opinion On Motions Seeking Modification Of The Sale Order Pursuant To Rule 60(b), The Trustee's Motion For Relief Under The SIPA Sale Order, Barclays' Cross-Motion To Enforce The Sale Orders And Adjudication Of Related Adversary Proceedings, dated February 22, 2011 (ECF No. 4105).

Amended Adversary Complaint, to the extent it grants the relief requested in Counts II-V, VII, and XIV of that Amended Complaint, and (iv) the Judgment For The Trustee (collectively the "Orders and the Judgment Against Barclays") entered in the above-captioned cases on July 15, 2011.  Copies of the Orders and the Judgment Against Barclays are attached as Exhibits A-D.

The parties to this appeal and their respective counsel are:

Appellant and Counsel

Barclays Capital Inc. and Barclays Bank PLC

Boies, Schiller & Flexner LLP
575 Lexington Avenue
New York, NY 10022
(212) 446-2300
Attn:  Jonathan D. Schiller
       Hamish P.M. Hume
       Jack G. Stern

Appellee and Counsel

James W. Giddens, as Trustee
for the SIPA Liquidation of Lehman
Brothers Inc.

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
(212) 837-6000
Attn:  William R. Maguire
       Seth D. Rothman
       Neil J. Oxford

Dated: July 15, 2011
    New York, New York

By: _____
Jonathan D. Schiller
Jack G. Stern
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-2300
Facsimile: (212) 446 2350

**Hamish P.M. Hume**
5301 Wisconsin Ave., N.W.
Washington, DC 20015
Telephone (202) 237-2727
Facsimile: (202) 237-6131

*Attorneys for Barclays Capital Inc. and Barclays Bank PLC*