UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**DOC #** 17

IN RE LEHMAN BROTHERS HOLDINGS INC.

1:2011-cv-06053 (RJH)
ECF Case

MOTION FOR ADMISSION
PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I <u>John F. Wood</u> hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for <u>In re Lehman Brothers Holdings Inc.</u> in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of <u>District of Columbia and Missouri</u> and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

<u>10/28/11</u>

Respectfully Submitted,

_____
Applicant Signature

Applicant's Name: <u>John F. Wood</u>

Firm Name: <u>Hughes Hubbard & Reed LLP</u>

Address: <u>1775 I Street, N.W., Suite 600</u>

City / State / Zip: <u>Washington, D.C. 20006</u>

Telephone / Fax: <u>202-721-4720 / 202-721-4646</u>

E-Mail: <u>woodj@hugheshubbard.com</u>

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LEHMAN BROTHERS HOLDINGS INC.

1:2011-cv-06053 (RJH)
ECF Case

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of John F. Wood, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of District of Columbia, Missouri; and that his/her contact information is as follows (please print):

Applicant's Name: John F. Wood

Firm Name: Hughes Hubbard & Reed LLP

Address: 1775 I Street, N.W., Suite 600

City / State / Zip: Washington, D.C. 20006

Telephone / Fax: 202-721-4720 / 202-721-4646

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Lehman Brothers Holdings Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: _____

_____
United States District / Magistrate Judge



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JOHN F. WOOD

was on the 4TH day of JUNE, 1999,

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 27, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

*The Supreme Court of Missouri*



*Certificate of Admission as an*
*Attorney at Law*

I, Bill L. Thompson, Interim Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 10/2/1998,

*John Frederick Wood*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 29th day of October, 2011.

*Bill L. Thompson*

Interim Clerk of the Supreme Court of Missouri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

IN RE LEHMAN BROTHERS HOLDINGS INC.      11 CIV. 06052

                                         **AFFIDAVIT OF SERVICE**
----------------------------------------X **VIA FEDERAL EXPRESS**

STATE OF NEW YORK    )
COUNTY OF NEW YORK   )    SS.:

    PATRICIA E. SMITH, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed, LLP, Attorneys for Lehman Brothers Holdings Inc. herein.

    That on the 1st day of November, 2011, deponent served the **MOTION FOR ADMISSION PRO HAC VICE OF JOHN F. WOOD** by Federal Express Priority Overnight Delivery, a true copy being in a securely enclosed wrapper, properly addressed as follows:

TO:   Boies, Schiller & Flexner LLP
       Attn: Jonathan D. Schiller, Esq.
       575 Lexington Avenue
       7th Floor
       New York NY 10022

and by personally delivering the afore-mentioned wrapper to a Federal Express depository for priority overnight delivery.

_____
PATRICIA E. SMITH

Sworn to before me this
1st day of November, 2011.

_____
Notary Public

EDWARD SCHAEFER
Notary Public, State of New York
No. 01SC6208453
Qualified in Suffolk County
Commission Expires July 06, 2013