UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE LEHMAN BROTHERS HOLDINGS INC.    1:2011-cv-06053 (RJH)
                                         ECF Case

ORDER FOR ADMISSION
PRO HAC VICE

The motion of John F. Wood, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of District of Columbia, Missouri; and that his/her contact information is as follows (please print):

Applicant's Name:  John F. Wood

Firm Name: Hughes Hubbard & Reed LLP

Address: 1775 I Street, N.W., Suite 600

City / State / Zip: Washington, D.C.  20006

Telephone / Fax: 202-721-4720  /  202-721-4646

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/11
```

Applicant having requested admission Pro Hac Vice to appear for all purposes to represent James W. Giddens, as Trustee for the SIPA Liquidation of Lehman Brothers Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: 12/19/11

United States District / ~~Magistrate~~ Judge